<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| 1. | **Debtor's name** | STX Offshore & Shipbuilding Co., Ltd. |
|----|----|----|

| 2. | **Debtor's unique identifier** | **For non-individual debtors:** |
|----|----|----|

☐ Federal Employer Identification Number (EIN)  __ __ – __ __ __ __ __ __ __

☑ Other 180111-0002814 . Describe identifier  Korea Registration Number .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____  ____  ____  ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____  ____  ____  ____

☐ Other _____ . Describe identifier _____ .

| 3. | **Name of foreign representative(s)** | Yoon Keun Jang |
|----|----|----|
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Seoul Central District (Korea) Case No. 2016 hoehap 100109 Rehabilitation |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br><br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br><br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br><br>_____<br>_____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☐ Yes |

| Debtor | STX Offshore & Shipbuilding Co., Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

| 8. Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Republic of Korea

**Debtor's registered office:**

60, Myeongje-ro, Jinhae-gu, Chagwon-si,
Number        Street

P.O. Box

Gyeongsangnam-do
City        State/Province/Region    ZIP/Postal Code

Republic of Korea
Country

**Individual debtor's habitual residence:**

Number        Street

P.O. Box

City        State/Province/Region    ZIP/Postal Code

Country

**Address of foreign representative(s):**

60, Myeongje-ro, Jinhae-gu, Chagwon-si,
Number        Street

P.O. Box

Gyeongsangnam-do
City        State/Province/Region    ZIP/Postal Code

Republic of Korea
Country

**10. Debtor's website** (URL)     http://www.stxship.co.kr/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: _____

☐ Individual

Debtor   STX Offshore & Shipbuilding Co., Ltd.                                  Case number (if known)_____
          Name

---

**12. Why is venue proper in *this* district?**

Check one:

☐  Debtor's principal place of business or principal assets in the United States are in this district.

☑  Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
Civil Action 4:16-mc-1717

☐  If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____        Yoon Keun Jang
Signature of foreign representative        Printed name

Executed on    10/18/2016
               MM / DD / YYYY

✗ _____        _____
Signature of foreign representative        Printed name

Executed on    _____
               MM / DD / YYYY

---

**14. Signature of attorney**

✗ _____        Date  10/18/2016
Signature of Attorney for foreign representative    MM / DD / YYYY

Keith Fichtelman
Printed name

Lee, Hong, Degerman, Kang & Waimey
Firm name

660 South Figueroa Street, Suite 2300
Number          Street

Los Angeles                              CA          90017
City                                     State       ZIP Code

(213) 623-2221                           keith.fichtelman@lhlaw.com
Contact phone                            Email address

262476                                   CA
Bar number                               State

---