

ENTERED
10/20/2016

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | **Chapter 15** |
| | ) | |
| **STX OFFSHORE & SHIPBUILDING CO., LTD.** | ) | |
| | ) | Case No. <u>16-35248</u> |
| Debtor in Foreign Main Proceeding | ) | |
| | ) | |

# [~~PROPOSED~~] ORDER GRANTING TEMPORARY RESTRAINING ORDER

(5)

An emergency telephonic hearing was held today, October 20, 2016, at 3 pm, on the Emergency Motion of the Foreign Representative of Debtor STX Offshore & Shipbuilding Co., Ltd., for a Preliminary Injunction and Temporary Restraining Order Prohibiting Collection Actions Against Debtor in the United States ("Emergency Motion"), the Honorable Judge Jeff Bohm presiding.

Based on the Court's review of the pleadings and statements on the record by counsel, the Court hereby **GRANTS** the Emergency Motion and enters this order temporarily restraining and enjoining any creditor of the Debtor from commencing or continuing an action, or other process to collect, recover or offset any debt that arose before the commencement of the Korean Bankruptcy Proceeding.

A hearing on entry of a further temporary restraining order or preliminary injunction is hereby set for Monday, October 24, 2016, at 1:30 p.m. in Courtroom 600 of the Bob Casey United States Courthouse located at 515 Rusk Avenue, Houston, Texas 77002.

Counsel for Petitioner is required to give notice to all known opposing counsel.

Dated: Oct. 20, 2016

_____
UNITED STATES BANKRUPTCY JUDGE

- 1 -